# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Juan X. High,

　　　Plaintiff(s),

v.

Rebekah Holst, et al.,

　　　Defendant(s).

Case No. 2:26-cv-00987-GMN-NJK

**Order**

[Docket No. 1]

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. "The application must be made on the form provided by the court." Local Special Rule 1-1. As this application is not submitted on the approved form, it is **DENIED** without prejudice. The Clerk's Office is **INSTRUCTED** to send Plaintiff the short *in forma pauperis* form for non-prisoners. No later than April 21, 2026, Plaintiff must (1) either pay the filing fee or file an application to proceed *in forma pauperis* on the approved form. **Failure to comply with this order may result in dismissal of this case.**

IT IS SO ORDERED.

Dated: March 31, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1