**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Juan X. High,

     Plaintiff,

v.

Rebekah Holst, et al.,

     Defendant(s).

Case No. 2:26-cv-00987-GMN-NJK

**Order**

[Docket No. 6]

Pending before the Court is Plaintiff's motion to be permitted to file electronically. Docket No. 6.[1] A *pro se* litigant may request authorization to register as an electronic filer in a specific case. Local Rule IC 2-1(b). Plaintiff's motion is **GRANTED** subject to the following:

- No later than May 11, 2026, Plaintiff must file a certification that he is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[2]

- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.

- Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: May 6, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The contents of the motion go well beyond what is required to adjudicate this request. The Court expresses no opinion herein on any of the other issues raised.

[2] The Electronic Case Filing Procedures and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1